**E-filed 11/20/06**

MARK H. LIPTON
LIPTON-HALLBAUER
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
916/652-2221

Attorneys for Plaintiff
Teodur Nitu

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOEDUR NITU,<br><br>    Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, the appropriate named fiduciary of the VISHAY INTERTECHNOLOGY, INC. LONG TERM DISABILITY PLAN, VISHAY INTERTECHNOLOGY, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. C-06 00609 JF<br><br>**DISMISSAL WITH PREJUDICE**<br><br>**(FRCP 12)** |

IT IS HEREBY STIPULATED by and between Plaintiff TEODUR NITU ("Plaintiff") and Defendants METROPOLITAN LIFE INSURANCE COMPANY ("MetLife") and VISHAY INTERTECHNOLOGY, INC. LONG TERM DISABILITY PLAN (the "Plan" and collectively referred to as "Defendants"), through their respective counsel of record, that the case, having settled, be and is hereby dismissed with prejudice, each party to bear their own attorney fees and costs of suit.

Good cause exists to grant this stipulated request for continuance in light of the parties settlement of this lawsuit.

DATED: November 3, 2006        LIPTON & HALLBAUER

By: /s/ Mark H. Lipton
Mark Hanley Lipton
Attorney for Plaintiff
TEODUR NITU

DATED: November 3, 2006        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Rebecca A. Hull
Rebecca A. Hull
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY, the appropriate named fiduciary of the VISHAY INTERTECHNOLOGY, INC. LONG TERM DISABILITY PLAN and VISHAY TECHNOLOGY LONG TERM DISABILITY PLAN

IT IS SO ORDERED.

DATED: 11/17/06

_____
Honorable Jeremy Fogel
United States District Judge

LH1 28185065.1 / 19200-000157

2